IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY ARAFILES,

    Petitioner,                   No. CIV S-06-1678 FCD EFB P

    vs.

BEN CURRY, et al.,

    Respondents.                 O R D E R

_____/

    Petitioner is a prisoner seeking a writ of habeas corpus. See 28 U.S.C. § 2254.

    Having reviewed the petition, the court finds that the interests of justice require petitioner to have counsel's representation because the legal issues are complex and petitioner does not articulate his claims well. See 18 U.S.C. § 3006A(a)(2)(B); see also Rule 8, Rules Governing § 2254 Cases; Weygandt v. Look, 718 F.2d 954 (9th Cir. 1983).

    Accordingly, it is ordered that:

    1. The Federal Defender is appointed to represent petitioner. Counsel shall obtain from the Clerk's office a copy of the file.

    2. A Status Conference at which both parties shall appear through counsel is scheduled for November 8, 2006, at 10:00 a.m. before the undersigned in Courtroom 25.

////

3. No less than 14 days before the status conference, the parties shall file and serve status reports addressing the timing and order of the following:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Possible amendments to the pleadings.

4. The Clerk of the Court shall serve a copy of this order on Federal Defender Daniel Broderick and on Stanley Cross, Senior Assistant Attorney General.

Dated: August 30, 2006.

\araf1678.grnt pet counsel

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE